## STATE *v.* BOVEE.

The appellant Bovee filed a motion for an enlargement of the time within which to file the transcript on appeal. *Held,*

PER CURIAM:

1st. That the provisions of sec. 531 of the civil code do not affect appeals in criminal cases.

2d.   That an appeal in a criminal action taken in com-
pliance with the requirements of chapter 22 of the criminal
code, during a term of the supreme court, may, in its dis-
cretion, be heard and determined at the same term.

3d.   Any order enlarging the time within which the
clerk of the circuit court must prepare and transmit the
transcript on an appeal, in a criminal action, to the supreme
court, must be made by the court, or judge thereof, where
the notice of appeal is filed.

Motion denied.